**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIE FURGESON, formerly known as | ) | |
| MARIE HENDERSON, | ) | 04 C 7627 |
| | ) | |
| Plaintiff, | ) | Judge Blanche M. Manning |
| | ) | Magistrate Judge Denlow |
| v. | ) | |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY; | ) | |
| WASHINGTON MUTUAL BANK, FA, | ) | |
| WM SPECIALTY MORTGAGE, LLC, | ) | |
| CITI RESIDENTIAL LENDING, INC. | ) | |
| and JOHN DOES 1-10; | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO STRIKE**

Plaintiff respectfully requests that the Court strike Defendants' Status Conference Statement ("Statement") or, in the alternative, grant Plaintiffs leave of Court to file a response to the Statement.  In support thereof, Plaintiff states as follows:

1.     Defendants' Status Conference Statement (Docket No. 79) was filed by Defendant without any request by the Court to do so.

2.     According to the Court's standing Order, Plaintiff served her letter to Defendants explaining the nature of her Summary Judgment Motion and the authorities supporting her position.

3.     Also per that Order, Plaintiff did not file that letter with the Court, because the Court specifically states that the movant should not do so.

1

4.      Although Defendants' Statement addressed discovery issues, Defendant did not discuss the Statement with Plaintiffs before filing.

5.      The Statement is filled with factual inaccuracies,[1] and should be stricken.

6.      In the alternative, Plaintiff requests leave of the Court to file a response to the Statement.

WHEREFORE, Plaintiff respectfully requests that the Court strike Defendants' Status Conference Statement ("Statement") or, in the alternative, grant Plaintiff leave of Court to file a response to the Statement.

Respectfully submitted,


s/ Catherine A. Ceko
Catherine A. Ceko


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois, 60603
(312) 739-4200
(312) 419-0379 (FAX)

---

[1] Plaintiff will not expound on the inaccuracies in this Motion, as it is her wish to simply have the Statement stricken from the record.

2

## CERTIFICATE OF SERVICE

I, Catherine Ceko, hereby certify that on May 3, 2010, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard E. LeSage
blesage@buchalter.com

s/ Catherine A. Ceko
Catherine A. Ceko