# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 CV 7627 | **DATE** | May 17, 2010 |
| **CASE TITLE** | *Furgeson v. Ameriquest* | | |

**DOCKET ENTRY TEXT**

Plaintiff Marie Furgeson's motion to strike [81-1] the defendants' status conference statement is denied. The defendants' motion for leave to reopen discovery as to the third-party defendants Northwest Title & Escrow Corporation and American Pioneer Title Insurance is granted. The clerk is directed to move those third-party defendants from the docket in case #05 CV 7097 to the docket in this case, pursuant to the order dated May 10, 2010, in case #05 CV 7097. The parties, including the third-party defendants, shall prepare a joint proposed discovery schedule that is consistent with the limited discovery proposed in the defendants' status conference statement [79-1]. The proposed discovery schedule shall include the following dates proposed by the defendants, which shall be firm dates and the parties are directed to proceed accordingly: discovery shall be reopened for not more than 60 days, and leave to file any motions for summary judgment shall be sought within 21 days after discovery closes. The parties shall file the proposed discovery schedule with both this court and the assigned magistrate judge no later than May 24, 2010. The case is referred to the assigned magistrate judge for the purpose of supervising discovery, ruling on any nondispositive pretrial motions and, at the appropriate time, to participate in settlement discussions. The parties shall report for a status hearing before this court on August 12, 2010, at 11:00 a.m. The status hearing previously scheduled before this court for May 27, 2010, at 11:00 a.m. is stricken.

☐ [ For further details see text below.]    Docketing to mail notices.

00:00

**STATEMENT**

rs/cpb